1  STEPHEN T. CLIFFORD, ESQ., SBN 39020
   T. MARK SMITH, ESQ., SBN 162370
2  Clifford & Brown
   A Professional Corporation
3  Attorneys at Law
   1430 Truxtun Avenue, Suite 900
4  Bakersfield, CA 93301
   661-322-6023
5  661-322-3508 fax

6  Attorneys for Defendants
   BAYER CORPORATION and BAYER CROPSCIENCE, LP

7

8              IN THE UNITED SATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 BRITZ FERTILIZERS, INC.,              ) Case No.: 1:07-CV-00846-OWW-SMS
                                         )
12            Plaintiff,                 ) **STIPULATION TO CONTINUE**
                                         ) **HEARING DATE ON DEFENDANTS'**
13    vs.                                ) **MOTION TO DISMISS PURSUANT TO**
                                         ) **FRCivP, Rule 12(b)(6)**
14 BAYER CORPORATION; BAYER              )
15 CROPSCIENCE, LP,                      ) **Currently Set:**
                                         ) **DATE: August 27, 2007**
16            Defendants                 ) **TIME: 10:00 A.M.**
                                         ) **CTRM: 3**
17                                       )
                                         ) **Continued to:**
18                                       ) **DATE: September 17, 2007**
19                                       ) **TIME: 10:00 A.M.**
                                         ) **CTRM: 3**
20                                       )
21 _____)

22      WHEREAS Defendants BAYER CORPORATION and BAYER CROPSCIENCE, LP

23 filed their Motion to Dismiss pursuant to Rule 12(b)(6) on July 17, 2007 in the above-entitled

24 matter setting the matter to be heard on August 20, 2007;

25      WHEREAS this matter, originally assigned to Judge Ishii has been transferred to Judge

26 Wanger and the hearing date has been continued from August 20, 2007 to August 27, 2007;

27      WHEREAS the hearing date of August 27, 2007 is not an available date on Defendants'

28 counsel's calendar;

1
Stipulation to Continue Hearing Date on Defendants' Motion to Dismiss

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS the parties hereby stipulate and agree to continue the hearing date on Defendants' Motion to Dismiss to September 17, 2007.

IT IS HEREBY STIPULATED and agreed by Defendants BAYER CORPORATION and BAYER CROPSCIENCE, LP and Plaintiff BRITZ FERTILIZERS, INC., through their respective counsel of record, that the hearing on Defendants' Motion to Dismiss pursuant to Rule FRCP Rule 12(b)(6) shall be continued from August 27, 2007 to September 17, 2007 at 10:00 a.m. in Courtroom 3. Opposition and Reply briefs shall be due pursuant to Code set to the continued hearing date.

DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA
FRAME & MATSUMOTO

Dated: July 30, 2007        By   /s/ Roger M. Schrimp        .
                                Roger M. Schrimp
                                Attorneys for Plaintiff


CLIFFORD & BROWN

Dated: July 30, 2007        By   /s/ T. Mark Smith        .
                                Stephen T. Clifford
                                T. Mark Smith
                                Attorneys for Defendants

**ORDER**

The hearing on Defendants' Motion to Dismiss pursuant to FRCP Rule 12(b)(6) shall be continued from August 27, 2007 to September 17, 2007 at 10:00 a.m. in Courtroom 3 of the above-entitled Court.

DATED: _7/30/2007_____     _/s/ Oliver W. Wanger_____
                                        JUDGE OLIVER W. WANGER
                                        U.S. DISTRICT COURT

2
Stipulation to Continue Hearing Date on Defendants' Motion to Dismiss

PDF created with pdfFactory trial version www.pdffactory.com