Roger M. Schrimp, State Bar No. 039378
George P. Rodarakis, State Bar No. 222214
Eric J. Sousa, State Bar No. 232541
DAMRELL, NELSON, SCHRIMP,
   PALLIOS, PACHER & SILVA
1601 I Street, 5th Floor
Modesto, CA 95354
Telephone (209) 526-3500
Facsimile (209) 526-3534

Ted R. Frame, State Bar No. 023736
FRAME & MATSUMOTO
201 Washington Street
Post Office Box 895
Coalinga, CA 93210
Tel: (559) 935-1552
Fax: (559) 935-1555

Attorneys for Plaintiff
   Britz Fertilizers, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC., a California Corporation, <br><br> Plaintiff, <br> vs. <br><br> BAYER CORPORATION, an Indiana Corporation, and BAYER CROPSCIENCE, LP, a Delaware Limited Partnership, <br><br> Defendants. | Case No. **1:07-CV-00846-OWW-SMS** <br><br> **STIPULATION TO CONTINUE MOTION TO DISMISS COMPLAINT; ORDER THEREON** <br><br> Date: October 15, 2007 <br> Time: 10:00 a.m. <br> Ctrm: Three <br><br> (Please note date change) |

IT IS HEREBY STIPULATED by and between the parties hereto that Plaintiff Britz Fertilizers, Inc. and Defendants Bayer Corporation and Bayer CropScience, L.P., through their respective undersigned attorneys, that Defendants' Motion to Dismiss Complaint currently set to be heard on October 15, 2007 be continued to **November 19, 2007**.

*Damrell*
*Nelson*
*Schrimp*
*Pallios*
*Pacher &*
*Silva*

1

Stipulation to Continue Motion to Dismiss Complaint; Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

Said Stipulation is made in the interest of justice in that Roger M. Schrimp, attorney for Plaintiff, has a scheduling conflict with the date currently set, October 15, 2007.

                                                    DAMRELL, NELSON, SCHRMIP
                                                      PALLIOS, PACHER & SILVA

Dated:  September 26, 2007                          By_____/s/_____
                                                      Roger M. Schrimp
                                                      Attorneys for Plaintiff

                                                      CLIFFORD & BROWN

Dated:  September 28, 2007                          By_____/s/_____
                                                      Stephen T. Clifford
                                                     Attorneys for Defendants

## **O R D E R**

A stipulation having been entered into by the respective parties for a continuance of Defendants' Motion to Dismiss Complaint and good cause appearing therefore,

IT IS ORDERED that the date of October 15, 2007, the date currently set for Defendants' Motion to Dismiss Complaint, is continued to **November 19, 2007**.

Dated: October 2, 2007                                 /s/ OLIVER W. WANGER
                                                      Honorable Oliver W. Wanger

britz\16536\P\stip-cont

PDF created with pdfFactory trial version www.pdffactory.com