```
 1  Roger M. Schrimp, State Bar No. 039378
    George P. Rodarakis, State Bar No. 222214
 2  Eric J. Sousa, State Bar No. 232541
    DAMRELL, NELSON, SCHRIMP,
 3     PALLIOS, PACHER & SILVA
    1601 I Street, 5th Floor
 4  Modesto, CA 95354
    Telephone (209) 526-3500
 5  Facsimile (209) 526-3534

 6  Ted R. Frame, State Bar No. 023736
    FRAME & MATSUMOTO
 7  201 Washington Street
    Post Office Box 895
 8  Coalinga, CA 93210
    Tel:  (559) 935-1552
 9  Fax: (559) 935-1555

10  Attorneys for Plaintiff
       Britz Fertilizers, Inc.
11
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC., a California Corporation,<br><br>        Plaintiff,<br>   vs.<br><br>BAYER CORPORATION, an Indiana Corporation, and BAYER CROPSCIENCE, LP, a Delaware Limited Partnership,<br><br>        Defendants. | **Case No. 1:07-CV-00846-OWW-SMS**<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE DATE; ORDER**<br><br>Date:   December 12, 2007<br>Time:   8:45 a.m.<br>Ctrm:   Three |

IT IS HEREBY STIPULATED by and between the parties hereto that Plaintiff Britz Fertilizers, Inc. and Defendants Bayer Corporation and Bayer CropScience, L.P., through their

. . .

. . .

PDF created with pdfFactory trial version www.pdffactory.com

respective counsel, that the Scheduling Conference currently set for 8:45 a.m. on December 12, 2007 in Courtroom 3, before Judge Oliver Wanger, shall be continued to February 7, 2008.

                                            DAMRELL, NELSON, SCHRMIP
                                              PALLIOS, PACHER & SILVA

Dated:  November 15, 2007                        By_____/s/_____
                                              Roger M. Schrimp
                                              Attorneys for Plaintiff

                                              CLIFFORD & BROWN

Dated:  November 15, 2007                        By_____/s/_____
                                              Stephen T. Clifford
                                              T. Mark Smith
                                              Attorneys for Defendants

## **O R D E R**

A stipulation having been entered into by the respective parties for a continuance of the Scheduling Conference and good cause appearing therefore,

IT IS ORDERED that the Scheduling Conference currently set for December 12, 2007 is continued to February 7, 2008.

Dated:  November 19, 2007                       /s/ OLIVER W. WANGER
                                              Honorable Oliver W. Wanger

britz\16536\P\stip-trial

PDF created with pdfFactory trial version www.pdffactory.com